_____

| | | |
|---|---|---|
| **IN RE: YASMIN AND** | ) | **3:09-md-02100-DRH-PMF** |
| **YAZ(DROSPIRENONE) MARKETING,** | ) | **MDL No. 2100** |
| **SALES PRACTICES AND PRODUCTS** | ) | |
| **LIABILITY LITIGATION** | ) | |
| | ) | |

_____

**This Document Relates to:**

**Kaelee Brown v. Bayer HealthCare Pharmaceuticals, Inc. et al. No. 3:09-cv-10148-DRH-PMF**

**Sheryl Camp v. Bayer HealthCare Pharmaceuticals, Inc. et al. No. 3:10-cv-10089-DRH-PMF**

**Jessica Colby v. Bayer HealthCare Pharmaceuticals, Inc. et al. No. 3:09-cv-10181-DRH-PMF**

**Ali Denny v. Bayer HealthCare Pharmaceuticals, Inc. et al. No. 3:10-cv-10085-DRH-PMF**

**Lesley Ann Dunnagan v. Bayer Corp. et al. No. 3:10-cv-20029-DRH-PMF**

**Alicia Eck v. Bayer HealthCare Pharmaceuticals, Inc. et al. No. 3:10-cv-10144-DRH-PMF**

**Phyllia Greco v. Bayer HealthCare Pharmaceuticals, Inc. et al. No. 3:09-cv-10128-DRH-PMF**

**Keeley Harris v. Bayer HealthCare Pharmaceuticals, Inc. et al. No. 3:10-cv-10032-DRH-PMF**

**Ashley Hill v. Bayer HealthCare Pharmaceuticals, Inc. et al. No. 3:10-cv-10141-DRH-PMF**

**Taiga Hilliard v. Bayer HealthCare Pharmaceuticals, Inc. et al. No. 3:10-cv-10140-DRH-PMF**

**Jannie Hornby v. Bayer Corp. et al. No. 3:10-cv-10105-DRH-PMF**

**Jeanna Johnson v. Bayer HealthCare Pharmaceuticals, Inc. et al. No. 3:09-cv-10125-DRH-PMF**

**Darlene LaBelle v. Bayer Corp. et al. No. 3:09-cv-10088-DRH-PMF2**

**Anju Lodato v. Bayer Corp. et al. No. 3:10-cv-10131-DRH-PMF**

**Tataka McGaha v. Bayer Corp. et al. No. 3:10-cv-20222-DRH-PMF**

**Shana McMillan v. Bayer Corp. et al. No. 3:10-cv-10048-DRH-PMF**

**Gail Myers v. Bayer Corp. et al. No. 3:10-cv-10020-DRH-PMF**

**Cassie O'Bier v.Bayer HealthCare Pharmaceuticals, Inc. et al. No. 3:10-cv-10021-DRH-PMF**

**Kandi Pool v.Bayer HealthCare Pharmaceuticals, Inc. et al. No. 3:09-cv-10204-DRH-PMF**

**Brittany Sloan v.Bayer HealthCare Pharmaceuticals, Inc. et al. No. 3:10-cv-10121-DRH-PMF**

**Rhonda Spencer v.Bayer HealthCare Pharmaceuticals, Inc. et al. No. 3:10-cv-10111-DRH-PMF**

**Brandi Stephens v.Bayer HealthCare Pharmaceuticals, Inc. et al. No. 3:10-cv-10012-DRH-PMF**

**Susan Thompson v. Bayer HealthCare Pharmaceuticals, Inc. et al. No. 3:10-cv-10115-DRH-PMF**

**Jessica Underwood v.Bayer HealthCare Pharmaceuticals, Inc. et al. No. 3:09-cv-10074-DRH-PMF**

**Anna Vidaurri v.Bayer HealthCare Pharmaceuticals, Inc. et al. No. 3:10-cv-10008-DRH-PMF**

**Makelia Wingard v.Bayer HealthCare Pharmaceuticals, Inc. et al. No. 3:10-cv-10100-DRH-PMF**

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court entered on March 15, 2011, plaintiffs' complaints are **DISMISSED** with prejudice. Each party shall bear their own costs.

        **NANCY J. ROSENSTENGEL,**
        **CLERK OF COURT**


        **BY:**   /s/*Sandy Pannier*
             **Deputy Clerk**

Dated: March 17, 2011

Digitally signed by David R. Herndon
Date: 2011.03.17 11:22:36 -05'00'

APPROVED:
  CHIEF JUDGE
  U. S. DISTRICT COURT